The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANE FALETOGO, individually,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE, a municipal corporation, OFFICER JARED KELLER ,<br><br>　　　　　　Defendants. | NO.  2:19-cv-00247-TSZ<br><br>**MOTION FOR VOLUNTARY NON-SUIT WITHOUT PREJUDICE**<br><br>**HEARING DATE: MAY 17, 2019** |

## I.　　INTRODUCTION

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Mane Faletogo moves to dismiss his claims against Defendants, City of Seattle and Officer Jared Keller, without prejudice.[1] There are no counterclaims of record, and trial is not scheduled. As a practical matter, Mr. Faletogo seeks this non-suit premised upon two primary reasons: (1) during the pendency of this lawsuit the Washington State Legislature enacted a new law that gives Mr. Faletogo rights under state tort law to maintain this claim, and (2) the decedent's mother has expressed an interest in

---

[1] *(2) By Court Order; Effect.* Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

MOTION FOR VOLUNTARY
NON-SUIT WITHOUT PREJUDICE - 1 of 2

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

intervening in this matter.  The newly enacted law does not become effective until July 28, 2019, and completely revises Mr. Faletogo's options as to how to proceed with this case.  *See* S.B. 5163.[2]  In the interest of judicial economy and based upon the fact that Mr. Faletogo's state law rights have substantively changed, this motion should be granted.

## II.   CONCLUSION

Based upon the arguments set forth herein, this matter should be dismissed without prejudice.

.

DATED this 2nd day of May, 2019.

CONNELLY LAW OFFICES, PLLC

By *Lincoln Beauregard*
_____
Lincoln C. Beauregard, WSBA No. 32878
Amanda M. Searle, WSBA No. 42632
Attorneys for Plaintiff Mane Faletogo

---

[2] *See* attached

MOTION FOR VOLUNTARY
NON-SUIT WITHOUT PREJUDICE - 2 of 2