UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANE FALETOGO,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF SEATTLE; and OFFICER JARED KELLER<br><br>    Defendants. | C19-247 TSZ<br><br>MINUTE ORDER |

 The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

 (1) Plaintiff's motion for voluntary non-suit, docket no. 23, is GRANTED, and this case is DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(a)(2).

 (2) The Clerk is directed to CLOSE this case and to send a copy of this Minute Order to all counsel of record.

 Dated this 24th day of May, 2019.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk

MINUTE ORDER - 1